

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00519-CV

**MCCOMBS ENERGY, LTD.** and McCombs Energy GP, LLC,
Appellants

v.

Charles **FORNEY**, John M. Forney, Phillip Forney, William Forney Jr., William Forney III,
Ricky Haikin and Larry Wyont,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-05774
Honorable Peter A. Sakai, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Delivered and Filed: October 16, 2019

PETITION FOR PERMISSIVE APPEAL DENIED

Having fully considered the petition for permissive appeal and response, we deny the petition for permissive appeal. *See* TEX. R. APP. P. 28.3(e)(4); *Sabre Travel Int'l, Ltd. v. Deutsche Lufthansa AG*, 567 S.W.3d 725 (Tex. 2019).

PER CURIAM